ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/17/2025 8:02 AM
CHRISTOPHER A. PRINE
CLERK

Cause No. 15-25-00086 CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

7/17/2025 8:02:28 AM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
## THIRTEENTH JUDICIAL DISTRICT
## OF AUSTIN TEXAS

**City of Grand Prairie, *et al*.,**
*Appellants-Plaintiffs,*

**City of Brownsville, *et al*.,**
*Appellants – Intervenor Plaintiffs,*

**Long Tail Trail Investments, LLC,**
*Appellant – Intervenor Plaintiff,*

**v.**

**The State of Texas, *et al*.,**
*Appellant Defendants.*

**On appeal from the 261st District Court of Travis County, Texas
No. D-1-GN-23-007785, the Honorable Maria Cantú Hexsel presiding**

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF BY APPELLANT – INTERVENOR PLAINITFF CITY OF BROWNSVILLE**

MAY IT PLEASE THE COURT:

The City of Brownsville, Appellant – Intervenor Plaintiff, respectfully requests a 30-day extension of time to file its opening brief pursuant to Texas Rules of Appellate Procedure 10.5(b), and in support thereof respectfully shows:

1. City of Brownsville filed a notice of appeal in the district court on June 6, 2025.

2. City of Brownsville's opening brief was due on July 16, 2025.

3. City of Brownsville seeks an additional 30 days, through and until Friday, August 15, 2025, to file its opening brief.

4. City of Brownsville seeks an extension so that the briefing deadlines for all Appellant-Parties will be aligned and so that counsel for City of Brownsville may have adequate time to prepare the brief.

5. This Honorable Court has granted 30-day extensions to other Appellant-Parties. The requested additional time will facilitate necessary consultation between City of Brownsville and counsel, review of the record, and preparation of an opening brief that will most effectively assist the Court in its resolution of this appeal. The undersigned's personal and professional obligations also spur this request.

6. This is City of Brownsville's first request for an extension of time.

7. The other parties to this action have indicated that they are unopposed to this request for extension.

8. This extension is not sought for delay, but so that justice may be done.

City of Brownsville respectfully requests an extension of 30 days from the original filing deadline to file its opening brief, through and until Friday, August 15, 2025.

Respectfully submitted,


CITY OF BROWNSVILLE

GUILLERMO "WILL" TREVIÑO
CITY ATTORNEY
State Bar No. 24044743
Litigation@brownsvilletx.gov
Will.Trevino@brownsvilletx.gov
(956) 548 – 6070
1001 East Elizabeth Street
Brownsville, Texas 78520

/s/ Lena Chaisson-Muñoz

_____                              _____

Lena Chaisson-Muñoz
Assistant City Attorney
State Bar No. 24085244
Lena.Munoz@brownsvilletx.gov
Jennifer Avendaño
First Assistant City Attorney
State Bar No. 24052304
Jennifer.Avendano@brownsvilletx.gov
Criselda Rincon-Flores
Assistant City Attorney
State Bar No. 24049412
Criselda.Flores@brownsvilletx.gov


## CERTIFICATE OF SERVICE

I certify that on June 27, 2025, the parties electronically conferred regarding extensions of time to file openings briefs, and none were opposed.

/s/ Lena Chaisson-Muñoz

_____

Lena Chaisson-Muñoz

## CERTIFICATE OF SERVICE

I certify that on July 16, 2025, a true and correct copy of this Motion have been submit to all attorneys of record via e-mail and/or electronic filing service of process.

/s/ Lena Chaisson-Muñoz

_____

Lena Chaisson-Muñoz

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lena Chaisson-Muñoz on behalf of Lena Chaisson-Munoz
Bar No. 24085244
lena.munoz@brownsvilletx.gov
Envelope ID: 103240515
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Opening Brief by City of Brownsville
Status as of 7/17/2025 8:07 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Allison Collins | 24127467 | Acollins@fosterswift.com | 7/17/2025 8:02:28 AM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 7/17/2025 8:02:28 AM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 7/17/2025 8:02:28 AM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 7/17/2025 8:02:28 AM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 7/17/2025 8:02:28 AM | SENT |
| Sherry  Brown | | sherry@txmunicipallaw.com | 7/17/2025 8:02:28 AM | SENT |
| Andy  Messer | | andy@txmunicipallaw.com | 7/17/2025 8:02:28 AM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 7/17/2025 8:02:28 AM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 7/17/2025 8:02:28 AM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 7/17/2025 8:02:28 AM | SENT |
| William Thompson | | will@lkcfirm.com | 7/17/2025 8:02:28 AM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 7/17/2025 8:02:28 AM | SENT |
| Guillermo  Trevino | | will.trevino@brownsvilletx.gov | 7/17/2025 8:02:28 AM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 7/17/2025 8:02:28 AM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 7/17/2025 8:02:28 AM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 7/17/2025 8:02:28 AM | SENT |
| David  Overcash | | david.overcash@wtmlaw.net | 7/17/2025 8:02:28 AM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 7/17/2025 8:02:28 AM | SENT |